UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTY TIEZZI, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 14-cv-12455-IT |
| MORGAN P. MOLLOY JR., et al., | * |
| Defendants. | * |

ORDER

November 4, 2014

TALWANI, D.J.

Plaintiff's Notice of Appeal [#16] has served to notify the court of a mistake in Plaintiff's name in this court's October 21, 2014 Memorandum and Order [#14] and October 22, 2014 Final Order of Dismissal [#15]. Accordingly, pursuant to Federal Rule of Civil Procedure 60(a), this court hereby orders that this court's October 21, 2014 Memorandum and Order [#14] and October 22, 2014 Final Order of Dismissal [#15] are corrected to remove the designation of "Jr." mistakenly listed after Plaintiff Marty Tiezzi's name.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge