UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTY TIEZZI, | ) |
| Plaintiff, | ) |
| v. | ) |
| MORGAN P. MOLLOY JR., et al., | ) Civil Action No. <br> ) 14-12455-IT |
| Defendants. | ) |

## CORRECTED FINAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated October 21, 2014, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 11/4/2014

By the Court,
/s/ Gail A. Marchione
Deputy Clerk

1